JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

|  |  |
|---|---|
| CRYSTAL SANCHEZ<br><br>                    Plaintiffs,<br><br>v.<br><br>HVOG, LLC D/B/A BAY AREA<br>CREDIT SERVICE<br><br>                    Defendants. | Case No. 5:25-CV-00936-KK-DTBx<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT HOVG, LLC D/B/A BAY AREA CREDIT SERVICE** |

Upon review of the Stipulation for Dismissal with Prejudice as to Defendant HOVG, LLC d/b/a Bay Area Credit Service, and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter and all claims herein are hereby dismissed with prejudice against Defendant HOVG, LLC d/b/a Bay Area Credit Service.

**IT IS ORDERED.**

Dated:  November 24, 2025

_____
Kenly Kiya Kato
United States District Judge